| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Genergy Worlwide, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-4117679** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1370 Broadway**<br>**New York, NY**<br>ZIP Code **10018** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

## Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
■ Debts are primarily
  business debts.

## Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Genergy Worlwide, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Genergy Worlwide, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Mark Frankel**_____
Signature of Attorney for Debtor(s)

**Mark Frankel 8417**
Printed Name of Attorney for Debtor(s)

**Backenroth Frankel & Krinsky, LLP**
Firm Name

**489 Fifth Avenue**
**28th Floor**
**New York, NY 10017**

Address

**Email: mfrankel@bfklaw.com**
**212-593-1100  Fax: 212-644-0544**
Telephone Number

**October 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Dario Gristina**_____
Signature of Authorized Individual

**Dario Gristina**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**October 27, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of New York

In re    **Genergy Worlwide, Inc.**                Case No. _____

                                             Debtor(s)       Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A.G. Consulting Engineering**<br>**260 West 35th Street**<br>**13th Floor**<br>**New York, NY 10001** | **A.G. Consulting Engineering**<br>**260 West 35th Street**<br>**13th Floor**<br>**New York, NY 10001** | | | **79,500.00** |
| **Aerotek Energy**<br>**Po Box 198531**<br>**Atlanta, GA 30384-8531** | **Aerotek Energy**<br>**Po Box 198531**<br>**Atlanta, GA 30384-8531** | | **Disputed** | **133,119.08** |
| **American Express**<br>**Po Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | **American Express**<br>**Po Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | **Business expenses** | | **24,000.00** |
| **B&G Services Ltd**<br>**420 Lexington Ave**<br>**Suite 1751**<br>**New York, NY 10170-1702** | **B&G Services Ltd**<br>**420 Lexington Ave**<br>**Suite 1751**<br>**New York, NY 10170-1702** | | | **9,798.75** |
| **Banco Popular**<br>**120 Broadway**<br>**16th Floor**<br>**New York, NY 10271** | **Banco Popular**<br>**120 Broadway**<br>**16th Floor**<br>**New York, NY 10271** | **Banco Popular Checking Account 6801039923 - $724.67 Banco Polpular Payroll Account 680139931 - $4.77 Putnam County Savings Bank Ckng Acct 8046031440** | | **800,000.00**<br><br>**(29,722.73 secured)** |
| **Bank of America**<br>**Po Box 15710**<br>**Wilmington, DE 19886-5710** | **Bank of America**<br>**Po Box 15710**<br>**Wilmington, DE 19886-5710** | **Business expenses** | | **8,845.00** |
| **Chase**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** | **Chase**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** | | | **18,596.53** |
| **Eisner & Amper**<br>**750 Third Ave**<br>**Mike Lopez**<br>**New York, NY 10017** | **Eisner & Amper**<br>**750 Third Ave**<br>**Mike Lopez**<br>**New York, NY 10017** | **Accounting Service** | | **15,860.00** |

In re  **Genergy Worlwide, Inc.** _____  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Fox Rothchild LLP**<br>**100 Park Ave**<br>**Suite 1500**<br>**New York, NY 10017** | **Fox Rothchild LLP**<br>**100 Park Ave**<br>**Suite 1500**<br>**New York, NY 10017** | | | **19,136.79** |
| **Internal Revenue Service**<br>**11601 Roosevelt Boulevard**<br>**Philadelphia, PA 19114** | **Internal Revenue Service**<br>**11601 Roosevelt Boulevard**<br>**Philadelphia, PA 19114** | **IRS Assessment for 941 Qrtr 4 2004-$82,560 Unpaid Payroll Withholding2009-2010 $327087.00** | **Disputed** | **409,647.00** |
| **Levisohn, Berger& Langsam**<br>**11 Broadway**<br>**Suite 615**<br>**New York, NY 10004** | **Levisohn, Berger& Langsam**<br>**11 Broadway**<br>**Suite 615**<br>**New York, NY 10004** | | | **13,425.00** |
| **Martin I. Gold**<br>**555 Fifth Avenue**<br>**New York, NY 10017** | **Martin I. Gold**<br>**555 Fifth Avenue**<br>**New York, NY 10017** | | | **10,840.00** |
| **Metropolitan Plumbing**<br>**125 Nineteenth Street**<br>**Brooklyn, NY 11232** | **Metropolitan Plumbing**<br>**125 Nineteenth Street**<br>**Brooklyn, NY 11232** | | | **8,845.00** |
| **NYS Dept of Tax & Finance**<br>**Bankruptcy Unit**<br>**PO Box 5300**<br>**Albany, NY 12205** | **NYS Dept of Tax & Finance**<br>**Bankruptcy Unit**<br>**PO Box 5300**<br>**Albany, NY 12205** | **Unpaid Payroll withholding unemployment insurance payments 2010** | **Unliquidated** | **102,797.00** |
| **Profesional Enviromental Srvcs**<br>**3092 Hull Ave**<br>**Suite 201**<br>**Bronx, NY 10467** | **Profesional Enviromental Srvcs**<br>**3092 Hull Ave**<br>**Suite 201**<br>**Bronx, NY 10467** | | | **11,200.00** |
| **Siemens**<br>**600 Drive**<br>**Suite 610**<br>**Bridgeville, PA 15017** | **Siemens**<br>**600 Drive**<br>**Suite 610**<br>**Bridgeville, PA 15017** | | | **19,400.00** |
| **Speranzo and Reed**<br>**5245 Office Park Blvd**<br>**Suite 103**<br>**Bradenton, FL 34203** | **Speranzo and Reed**<br>**5245 Office Park Blvd**<br>**Suite 103**<br>**Bradenton, FL 34203** | | | **53,100.00** |
| **Talener Group LLC**<br>**545 5th Ave**<br>**Suite 1003**<br>**New York, NY 10017** | **Talener Group LLC**<br>**545 5th Ave**<br>**Suite 1003**<br>**New York, NY 10017** | | | **12,000.00** |
| **Tek System**<br>**Po Box 198568**<br>**Atlanta, GA 30384-8568** | **Tek System**<br>**Po Box 198568**<br>**Atlanta, GA 30384-8568** | | | **24,727.50** |

In re   **Genergy Worlwide, Inc.**                   Case No. _____

                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Unity Electric**<br>**65-45 Fresh Meadow Lane**<br>**Fresh Meadows, NY 11365** | **Unity Electric**<br>**65-45 Fresh Meadow Lane**<br>**Fresh Meadows, NY 11365** | | | **81,796.01** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 27, 2010**_____      Signature   **/s/ Dario Gristina**_____

                                                    **Dario Gristina**
                                                    **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Southern District of New York

In re **Genergy Worlwide, Inc.** ,
Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 2,225,116.29 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 800,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 512,444.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 710,446.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 2,225,116.29 | | |
| Total Liabilities | | | | 2,022,890.47 | |

# United States Bankruptcy Court
## Southern District of New York

In re    **Genergy Worlwide, Inc.** _____ ,

                                          Debtor

Case No. _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Genergy Worlwide, Inc.**                         ,       Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

In re    **Genergy Worlwide, Inc.**         ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Banco Popular Checking Account 6801039923 - $724.67**<br>**Banco Polpular Payroll Account 680139931 - $4.77**<br>**Putnam County Savings Bank Ckng Acct 8046031440 - $535.08**<br>**Putnam County Savings Bank Accnt 51022530 - $35.90**<br>**Putnam County Savings Account # 8056034330** | - | 29,722.73 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Rent Deposit for 1370 Broadway Office** | - | 8,792.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 38,514.73 |
| (Total of this page) | |

  __2__   continuation sheets attached to the Schedule of Personal Property

In re   **Genergy Worlwide, Inc.**                              ,     Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts recievable from customers. Current.** | - | **2,175,601.56** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                       Sub-Total >      **2,175,601.56**
                                                (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

In re    **Genergy Worlwide, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Kent Office- Misc furniture, fixtures and computer equipment** | - | 8,000.00 |
| | | **NYC Office- Misc furniture, fixtures and computer equip.** | - | 3,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 11,000.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 2,225,116.29 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Genergy Worlwide, Inc.** ,  Case No. _____

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **70090000481-10101** <br><br> **Banco Popular** <br> **120 Broadway** <br> **16th Floor** <br> **New York, NY 10271** | X | - | **Banco Popular Checking Account 6801039923 - $724.67** <br> **Banco Polpular Payroll Account 680139931 - $4.77** <br> **Putnam County Savings Bank Ckng Acct 8046031440 - $535.08** <br> **Putnam County Savings Bank Accnt 51022530 - $35.90** <br><br> Value $             29,722.73 | | | | 800,000.00 | 770,277.27 |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |

__0__ continuation sheets attached

| | Subtotal <br> (Total of this page) | 800,000.00 | 770,277.27 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 800,000.00 | 770,277.27 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

In re   **Genergy Worlwide, Inc.**                              ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

In re  **Genergy Worlwide, Inc.** _____ ,     Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service**<br>**11601 Roosevelt Boulevard**<br>**Philadelphia, PA 19114** | X | - | **IRS Assessment for 941 Qrtr 4 2004-$82,560**<br>**Unpaid Payroll Withholding2009-2010 $327087.00** | | | X | **409,647.00** | **0.00** | **409,647.00** |
| Account No.<br><br>**NYS Dept of Tax & Finance**<br>**Bankruptcy Unit**<br>**PO Box 5300**<br>**Albany, NY 12205** | | - | **Unpaid Payroll withholding unemployment insurance payments 2010** | | | X | **102,797.00** | **0.00** | **102,797.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **512,444.00** | **0.00**<br>**512,444.00** |
| Total<br>(Report on Summary of Schedules) | **512,444.00** | **0.00**<br>**512,444.00** |

In re  **Genergy Worlwide, Inc.** _____ , Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**A.G. Consulting Engineering** <br>**260 West 35th Street** <br>**13th Floor** <br>**New York, NY 10001** | | - | | | | | | | **79,500.00** |
| Account No. <br><br>**ADT** <br>**Po Box 650485** <br>**Dallas, TX 75265-0485** | | - | | | | | | | **36.61** |
| Account No. <br><br>**Aerotek Energy** <br>**Po Box 198531** <br>**Atlanta, GA 30384-8531** | | - | | | 12/31/09 | | | X | **133,119.08** |
| Account No. **103913628221** <br><br>**ALLY** <br>**Po Box 9001948** <br>**Louisville, KY 40290-1948** | | - | | | | | | | **860.71** |

__11__ continuation sheets attached

Subtotal
(Total of this page)  **213,516.40**

In re __Genergy Worlwide, Inc.__ ,       Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3715-472159-21009 | | | | Business expenses | | | | |
| American Express Po Box 360001 Fort Lauderdale, FL 33336-0001 | X | - | | | | | | 24,000.00 |
| Account No. Genergy 401k | | | | 8/01/10 | | | | |
| American Pension Services, Inc 2452 McMullen Booth Road Suite 200 Clearwater, FL 33759 | | - | | | | | | 1,455.00 |
| Account No. | | | | | | | | |
| Angle Search 75 Ridge Road Rutherford, NJ 07070 | | - | | | | | | 7,750.00 |
| Account No. | | | | 7/31-9/30/10 | | | | |
| Astus - Faber Associates, Inc. 212 Geymer Drive Mahopac, NY 10541 | | - | | | | | | 93,923.20 |
| Account No. 512010913545 | | | | 10/01/10 | | | | |
| AT & T PO Box 8212 Aurora, IL 60572 | | - | | | | | | 453.79 |

Sheet no. __1__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **127,581.99**

In re  **Genergy Worlwide, Inc.** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 4/14/10 | | | | | | |
| **B&G Services Ltd** **420 Lexington Ave** **Suite 1751** **New York, NY 10170-1702** | - | | | | | | | 9,798.75 |
| Account No. | | | | | | | | |
| **Bank Direct Capital Finance** **Po Box 660448** **Dallas, TX 75266-0448** | - | | | | | | | 718.72 |
| Account No. 4339-9300-2032-2857 | | 12/17/09-5/26/10 Business expenses | | | | | | |
| **Bank of America** **Po Box 15710** **Wilmington, DE 19886-5710** | X - | | | | | | | 8,845.00 |
| Account No. | | | | | | | | |
| **Broadcast Signal Lab** **64 Richdale Ave** **Cambridge, MA 02140-2629** | - | | | | | | | 1,500.00 |
| Account No. 212456AAAF | | | | | | | | |
| **Broadview Networks** **NY** | - | | | | | | | 3,303.68 |

| Sheet no. __2__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 24,166.15 |
|---|---|---|

In re **Genergy Worlwide, Inc.** _____, Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Canon financial Serv.** <br>**14904 Collection Center Drive** <br>**Chicago, IL 60693** | - | | | | | | 7,852.53 |
| Account No. **00450521933927** <br><br>**Chase** <br>**PO Box 9001022** <br>**Louisville, KY 40290-1022** | - | | 2/20/10 | | | | 18,596.53 |
| Account No. **9060005439000** <br><br>**CIT Technology Fin Serv Inc** <br>**Po Box 33076** <br>**Newark, NJ 07188-0076** | - | | | | | | 616.98 |
| Account No. <br><br>**Conlet Plastic Inc.** <br>**193 Pickett District Road** <br>**New Milford, CT 06776** | - | | | | | | 400.00 |
| Account No. <br><br>**CSC** <br>**Po Box 13397** <br>**Philadelphia, PA 19101-3397** | - | | | | | | 366.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **27,832.04**

In re   **Genergy Worlwide, Inc.**            ,      Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **Direct TV** **Po Box 60036** **Los Angeles, CA 90060-0036** | - | | | | | | 210.62 |
| **Account No.** | | | | | | | |
| **DNAMail** **Po Box 221050** **Salt Lake City, UT 84122** | - | | | | | | 3,612.79 |
| **Account No.** | | | | | | | |
| **Efficient Computer Systems LLC** **5 Emerson Drive** **Center Barnstead, NH 03225** | - | | | | | | 1,200.00 |
| **Account No.** | | Accounting Service | | | | | |
| **Eisner & Amper** **750 Third Ave** **Mike Lopez** **New York, NY 10017** | - | | | | | | 15,860.00 |
| **Account No. 228820547** | | | | | | | |
| **Federal Express** **Po Box 371461** **Pittsburgh, PA 15250-7461** | - | | | | | | 211.16 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **21,094.57**

In re __Genergy Worlwide, Inc._____ ,    Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **59978** <br><br> **Fox Rothchild LLP** <br> **100 Park Ave** <br> **Suite 1500** <br> **New York, NY 10017** | - | | | 03/03/10-6/15/10 | | | | 19,136.79 |
| Account No. **024910757933 + 024909041399** <br><br> **GMAC Payment Procssng Center** <br> **Po Box 78252** <br> **Phoenix, AZ 85062-8252** | - | | | 7/22/10 | | | | 7,393.18 |
| Account No. <br><br> **Grand Central Air Conditioning** <br> **25-14 50th Street** <br> **Long Island City, NY 11101** | - | | | 03/09/10 | | | | 1,053.91 |
| Account No. <br><br> **IBM** <br> **Po Box 643600** <br> **Pittsburgh, PA 15264-3600** | - | | | | | | | 2,145.00 |
| Account No. <br><br> **Infinetix Corp** <br> **2721 N. Van Marter # 3** <br> **Spokane, WA 99206** | - | | | | | | | 383.03 |

Sheet no. __5___ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                                    (Total of this page)          30,111.91

In re **Genergy Worlwide, Inc.** ,  Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Karson & Long LLP 600 Third Avenue 15th Floor New York, NY 10016 | | | | | | | | 1,116.64 |
| Account No. **9/15/10** | | - | | | | | | |
| Law offices of Donlad Watnick 292 Madison Ave #17 New York, NY 10017 | | | | | | | | 297.50 |
| Account No. | | - | | | | | | |
| Levisohn, Berger& Langsam 11 Broadway Suite 615 New York, NY 10004 | | | | | | | | 13,425.00 |
| Account No. **N08111506** | | - | | 7/28/10 | | | | |
| Mail Finance Po Box 45840 San Francisco, CA 94145-0840 | | | | | | | | 745.59 |
| Account No. | | - | | | | | | |
| Martin I. Gold 555 Fifth Avenue New York, NY 10017 | | | | | | | | 10,840.00 |

Sheet no. **6** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    26,424.73

In re **Genergy Worlwide, Inc.**           ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Metropolitan Plumbing** <br> **125 Nineteenth Street** <br> **Brooklyn, NY 11232** | - | | | | | | 8,845.00 |
| Account No. **08/21/10** <br><br> **Mid Hudson Waste Inc.** <br> **Po Box 888** <br> **Hawthorne, NY 10532** | - | | | | | | 225.42 |
| Account No. <br><br> **Nissan Motor Acceptance Corp** <br> **Po Box 17123** <br> **Baltimore, MD 21297-1123** | - | | | | | | 592.48 |
| Account No. <br><br> **OEM Worldwide** <br> **2920 Kelley Ave** <br> **Po Box 430** <br> **Watertown, SD 57201** | - | | | | | | 7,532.64 |
| Account No. <br><br> **Office Dynamics Inc** <br> **5 West Cross Street** <br> **Hawthorne, NY 10532** | - | | | | | | 1,138.60 |

Sheet no. __7__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal      18,334.14 <br>
                                         (Total of this page)

In re **Genergy Worlwide, Inc.** _____,   Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Par Plumbing** <br>**60 North Prospect Ave** <br>**Lynbrook, NY 11563-1395** | - | | | | | | | 2,010.00 |
| Account No. <br><br>**PIP** <br>**538 Burnside Ave** <br>**Inwood, NY 11096** | - | | | | | | | 1,889.75 |
| Account No. **9670192** <br><br>**Pitney Bowes Global** <br>**Financial Services LLC** <br>**PO Box 856460** <br>**Louisville, KY 40285-6450** | - | | | | | | | 210.56 |
| Account No. **88236415300001** <br><br>**Poland Spring Water** <br>**2767 E. Imperial Highway** <br>**Brea, CA 92821** | - | | | | | | | 176.54 |
| Account No. <br><br>**Profesional Enviromental Srvcs** <br>**3092 Hull Ave** <br>**Suite 201** <br>**Bronx, NY 10467** | - | | | | | | | 11,200.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **15,486.85**

In re **Genergy Worlwide, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Reliable 4442 Arthur Kill Road Staten Island, NY 10309 | - | | | | | | 5,464.02 |
| Account No. | | | | | | | |
| Reliance Globalcom Svcs Inc Dept. Ch 17502 Palatine, IL 60055-7502 | - | | | | | | 90.85 |
| Account No. | | | | | | | |
| Rockmor Electric 1042 39th Street Brooklyn, NY 11219 | - | | | | | | 5,500.00 |
| Account No. | | | 8/06/09 | | | | |
| Siemens 600 Drive Suite 610 Bridgeville, PA 15017 | - | | | | | | 19,400.00 |
| Account No. Y132NC | | | 9/21/10 | | | | |
| Silver Star Auto 49-03 5th Street Long Island City, NY 11101 | - | | | | | | 655.19 |

Sheet no. __9__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **31,110.06**

In re **Genergy Worlwide, Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2/26/10 | | | | |
| Speranzo and Reed 5245 Office Park Blvd Suite 103 Bradenton, FL 34203 | - | | | | | | 53,100.00 |
| Account No. 459107612 | | | | | | | |
| Sprint Po Box 4181 Carol Stream, IL 60197-4181 | - | | | | | | 297.03 |
| Account No. | | | | | | | |
| Staples Business Advantage Dept ROC Po Box 415256 Boston, MA 02241-5256 | - | | | | | | 205.61 |
| Account No. | | | | | | | |
| Talener Group LLC 545 5th Ave Suite 1003 New York, NY 10017 | - | | | | | | 12,000.00 |
| Account No. | | | | | | | |
| Tek System Po Box 198568 Atlanta, GA 30384-8568 | - | | | | | | 24,727.50 |

Sheet no. __10__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     90,330.14

In re **Genergy Worlwide, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13576**<br><br>**Tower Stream Corp.**<br>**Po Box 414061**<br>**Boston, MA 02241-4061** | - | | 10/01/10 | | | | 398.00 |
| Account No.<br><br>**TransData, Inc.**<br>**2560 Tarplay Road**<br>**Carrollton, TX 75006** | - | | | | | | 1,278.39 |
| Account No.<br><br>**Unity Electric**<br>**65-45 Fresh Meadow Lane**<br>**Fresh Meadows, NY 11365** | - | | | | | | 81,796.01 |
| Account No.<br><br>**Verizon**<br>**POB 15124**<br>**Albany, NY 12212** | - | | Accounts:8452250479 7183612344,7185536591,8452285300,63550057 55,6964004364 | | | | 985.09 |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 84,457.49 |
| Total (Report on Summary of Schedules) | 710,446.47 |

In re   **Genergy Worlwide, Inc.**           ,      Case No. _____

                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GMA Payment Processing Center**<br>**Po Box 78252**<br>**Phoenix, AZ 85062-8252** | **Chevy Silverado $603 per month - 16 months left**<br>**total due $9,648** |
| **Nissan Motor Acceptance**<br>**Po Box 341447**<br>**Pittsburgh, PA 15250** | **Car Lease $299 per month- 7 months left**<br><br>**Total due $2,093** |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Genergy Worlwide, Inc.**                 ,     Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Danilo Gristina**<br>**212 Geymer Drive**<br>**Mahopac, NY 10541** | **American Express**<br>**Po Box 360001**<br>**Fort Lauderdale, FL 33336-0001** |
| **Dario Gristina**<br>**233 Barger Street**<br>**Putnam Valley, NY 10579** | **Banco Popular**<br>**120 Broadway**<br>**16th Floor**<br>**New York, NY 10271** |
| **Dario Gristina**<br>**233 Barger Street**<br>**Putnam Valley, NY 10579** | **Bank of America**<br>**Po Box 15710**<br>**Wilmington, DE 19886-5710** |
| **Dario Gristina**<br>**233 Barger Street**<br>**Putnam Valley, NY 10579** | **Internal Revenue Service**<br>**11601 Roosevelt Boulevard**<br>**Philadelphia, PA 19114** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Southern District of New York

In re  **Genergy Worlwide, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**23**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 27, 2010**

Signature  **/s/ Dario Gristina**

**Dario Gristina**

**CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Genergy Worlwide, Inc.**           Case No. _____

                        Debtor(s)        Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   □

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,894,526.00** | **2010 YTD: Business Income** |
| **$6,983,362.00** | **2009: Business Income** |
| **$5,571,330.00** | **2008: Business Income** |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT              SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Giddens & Claman LLP** | **7/14/10 $3,500**<br>**8/10/10 $5,000** | **$8,500.00** | **$0.00** |
| **Oxford Health Plans**<br>**PO Box 10275**<br>**Newark, NJ 07193** | **8/27-$15129**<br>**7-22-10 $20,347.74**<br>**10//06-$15,440.09**<br>**8/18/10 $22,075.78** | **$72,992.62** | **$0.00** |
| **Electro Industries** | | **$48,855.95** | **$0.00** |
| **Internal Revenue Service**<br>**11601 Roosevelt Boulevard**<br>**Philadelphia, PA 19114** | **7/21/10, 8/31/10** | **$72,256.00** | **$0.00** |
| **Amper,Poltziner, & Mattia**<br>**6 East 43rd**<br>**New York, NY 10017** | **6/30/10** | **$9,162.00** | **$0.00** |
| **Broadview Networks** | | **$7,839.93** | **$0.00** |
| **American Express Platinum** | **6/08/10-8/25/10** | **$6,301.03** | **$0.00** |
| **Natasha Ambo** | **7/22/10** | **$22,908.00** | **$0.00** |
| **Ramco Electrical Contracting** | **8/27/10-9/29/10** | **$7,350.00** | **$0.00** |
| **Met Life Insurance** | **6/24-8/23/10** | **$5,907.49** | **$0.00** |
| **Deborah Danielsen** | **06/07/10-7/12/10** | **$12,779.72** | **$0.00** |
| **Karson & Long LLP** | **8/10-8/26/10** | **$19,000.00** | **$0.00** |
| **AST Advance System** | **6/07/10-7/12/10** | **$20,769.24** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank Direct Capital Finance** | **6/16/10-8/18/10** | **$7,228.58** | **$0.00** |
| **1370 Owners LLC** | **7/22-10/06/10** | **$21,305.33** | **$0.00** |
| **William Mack** | **7/19/10-9/22/10** | **$33,314.37** | **$0.00** |

None ☐　c.　*All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Astus-Faber Associates**<br>**212 Geymer Drive**<br>**Mahopac, NY 10541** | **8/31/2009--8/23/2010** | **$406,279.90** | **$20,495.16** |
| **Lyra Consulting**<br>**179 Drewville Road**<br>**Carmel, NY 10512** | **8/31/2009-8/23/2010** | **$232,312.16** | **$0.00** |
| **Dario Gristina**<br>**233 Barger Street**<br>**Putnam Valley, NY 10579** | **7/21/10** | **$20,724.33** | **$0.00** |
| **Genergy**<br>**264 Route 52**<br>**Kent Lake, NY 10512** | **6/08-8/18/10** | **$447,075.00** | **$0.00** |
| **William Mack**<br>**Box 10127**<br>**Swanzey, NH 03446** | **6/01/10-7/23/10** | **$39,248.55** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐　a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Aerotek vs Genergy 10 CIV 3983** | **Genergy was served with Summomns and Complaint and Genergy has not answered. Aerotek is suing for an amount greater than Genergy admits to owing.** | **US District Court Southern District of NY** | |
| **Unity Electric vs Genergy 19190/10** | **Unity is sewing for $86,000 and Genergy admits owing $41000** | **NYS Supreme Court (Queens County)** | **Served summons and did not answer** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **$471,404.00 Stolen** | **Stolen by former CEO and VP of Finance overall damage as aresult of theft is approx. $1,000,000.00 $410,000.00 recovered through criminal proceedings.** | **10/2008-2/2009** |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Backenroth Frankel & Krinsky, LLP 489 Fifth Avenue 28th Floor New York, NY 10017** | **8/24/2010, 10/19/2010** | **$100,000.00** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **General Energy Services, Inc.** | **13-4123610** | **264 Route 52 Kent Lakes, NY 10512** | **Energy Management** | **2009-2010** |
| **Genergy Holding Company, LLC** | **65-1169351** | **264 Route 52 Kent Lakes, NY 10512** | **Energy Management** | **2009-2010** |

None


b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **William Mack** **264 Route 52** **Kent Lakes, NY 10512** | **2009-2010** |
| **Craig Stram** **1 Bristol Drive** **Pleasant Valley, NY 12569** | **8/2008-2/2009** |
| **Chris Papatheodorou** **17 Sumnnit Road** **Elizabeth, NJ 07208** | **5/2006-2/2009** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Eisner & Amper LLP** | **750 Third Ave**<br>**New York, NY 10017** | **January 2005 thru present** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Eisner & Amper LLP** | **750 Third Ave**<br>**New York, NY 10017** |
| **Willaim Mack** | **264 Route 52**<br>**Kent Lake, NY 10512** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Banco Popular**<br>**120 Broadway**<br>**Attn Robert Spitzer**<br>**New York, NY 10271** | **June 2010** |

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|
| **Dario Gristina** | **CEO** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **William Mack**<br>**Box 10127**<br>**Swanzey, NH 03446** | **CFO** | **4/12/10** |
| **Mark Williams**<br>**49 Somerset Lane**<br>**Putnam Valley, NY 10579** | **COO** | **2/12/10** |
| **Yaser Khalifa**<br>**219 Mountain Rest Road**<br>**New Paltz, NY 12561** | **CTO** | **8/25/10** |
| **Hector Orsini**<br>**28 Wenonah Ave**<br>**Oakland, NJ 07436** | **Interim COO** | **3/20/10** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☐ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **The Hartford** | **Group Number 808984** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 27, 2010**          Signature  **/s/ Dario Gristina**

                                                 **Dario Gristina**

                                                 **CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re  **Genergy Worlwide, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **79,000.00** |
| Prior to the filing of this statement I have received | $ | **79,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Fee is a retainer only. The Debtor is responsible for additional fees after retainer has been exhausted.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 27, 2010**

**/s/ Mark Frankel**
**Mark Frankel 8417**
**Backenroth Frankel & Krinsky, LLP**
**489 Fifth Avenue**
**28th Floor**
**New York, NY 10017**
**212-593-1100   Fax: 212-644-0544**
**mfrankel@bfklaw.com**

---

# United States Bankruptcy Court

## Southern District of New York

In re    **Genergy Worlwide, Inc.** _____ ,

Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
| --- | --- | --- | --- |
| **Dario Gristina** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **October 27, 2010** _____

Signature __**/s/ Dario Gristina** _____
                   **Dario Gristina**
                   **CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

<u>  0  </u> continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re    **Genergy Worlwide, Inc.** _____    Case No. _____

                                                      Debtor(s)         Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 27, 2010** _____        **/s/ Dario Gristina** _____

                                                            **Dario Gristina**/**CEO**
                                                            Signer/Title

A.G. Consulting Engineering
260 West 35th Street
13th Floor
New York, NY 10001


ADT
Po Box 650485
Dallas, TX 75265-0485


Aerotek Energy
Po Box 198531
Atlanta, GA 30384-8531


ALLY
Po Box 9001948
Louisville, KY 40290-1948


American Express
Po Box 360001
Fort Lauderdale, FL 33336-0001


American Pension Services, Inc
2452 McMullen Booth Road
Suite 200
Clearwater, FL 33759


Angle Search
75 Ridge Road
Rutherford, NJ 07070


Astus - Faber Associates, Inc.
212 Geymer Drive
Mahopac, NY 10541


AT & T
PO Box 8212
Aurora, IL 60572


B&G Services Ltd
420 Lexington Ave
Suite 1751
New York, NY 10170-1702

Backenroth Frankel & Krinsky
489 Fifth Avenue
New York, NY 10017


Banco Popular
120 Broadway
16th Floor
New York, NY 10271


Bank Direct Capital Finance
Po Box 660448
Dallas, TX 75266-0448


Bank of America
Po Box 15710
Wilmington, DE 19886-5710


Broadcast Signal Lab
64 Richdale Ave
Cambridge, MA 02140-2629


Broadview Networks
NY


Canon financial Serv.
14904 Collection Center Drive
Chicago, IL 60693


Chase
PO Box 9001022
Louisville, KY 40290-1022


CIT Technology Fin Serv Inc
Po Box 33076
Newark, NJ 07188-0076


City of New York
NYC Law Department
100 Church St
New York, NY 10007


Conlet Plastic Inc.
193 Pickett District Road
New Milford, CT 06776

```
CSC
Po Box 13397
Philadelphia, PA 19101-3397


Danilo Gristina
212 Geymer Drive
Mahopac, NY 10541


Dario Gristina
233 Barger Street
Putnam Valley, NY 10579


Direct TV
Po Box 60036
Los Angeles, CA 90060-0036


DNAMail
Po Box 221050
Salt Lake City, UT 84122


Efficient Computer Systems LLC
5 Emerson Drive
Center Barnstead, NH 03225


Eisner & Amper
750 Third Ave
Mike Lopez
New York, NY 10017


Federal Express
Po Box 371461
Pittsburgh, PA 15250-7461


Fox Rothchild LLP
100 Park Ave
Suite 1500
New York, NY 10017


GMA Payment Processing Center
Po Box 78252
Phoenix, AZ 85062-8252


GMAC Payment Procssng Center
Po Box 78252
Phoenix, AZ 85062-8252
```

Grand Central Air Conditioning
25-14 50th Street
Long Island City, NY 11101


IBM
Po Box 643600
Pittsburgh, PA 15264-3600


Infinetix Corp
2721 N. Van Marter # 3
Spokane, WA 99206


Internal Revenue Service
11601 Roosevelt Boulevard
Philadelphia, PA 19114


Karson & Long LLP
600 Third Avenue
15th Floor
New York, NY 10016


Law offices of Donlad Watnick
292 Madison Ave
#17
New York, NY 10017


Levisohn, Berger& Langsam
11 Broadway
Suite 615
New York, NY 10004


Mail Finance
Po Box 45840
San Francisco, CA 94145-0840


Martin I. Gold
555 Fifth Avenue
New York, NY 10017


Metropolitan Plumbing
125 Nineteenth Street
Brooklyn, NY 11232

Mid Hudson Waste Inc.
Po Box 888
Hawthorne, NY 10532


Nissan Motor Acceptance
Po Box 341447
Pittsburgh, PA 15250


Nissan Motor Acceptance Corp
Po Box 17123
Baltimore, MD 21297-1123


NYS Dept of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205


OEM Worldwide
2920 Kelley Ave
Po Box 430
Watertown, SD 57201


Office Dynamics Inc
5 West Cross Street
Hawthorne, NY 10532


Par Plumbing
60 North Prospect Ave
Lynbrook, NY 11563-1395


PIP
538 Burnside Ave
Inwood, NY 11096


Pitney Bowes Global
Financial Services LLC
PO Box 856460
Louisville, KY 40285-6450


Poland Spring Water
2767 E. Imperial Highway
Brea, CA 92821

Profesional Enviromental Srvcs
3092 Hull Ave
Suite 201
Bronx, NY 10467


Reliable
4442 Arthur Kill Road
Staten Island, NY 10309


Reliance Globalcom Svcs Inc
Dept. Ch 17502
Palatine, IL 60055-7502


Rockmor Electric
1042 39th Street
Brooklyn, NY 11219


Siemens
600 Drive
Suite 610
Bridgeville, PA 15017


Silver Star Auto
49-03 5th Street
Long Island City, NY 11101


Speranzo and Reed
5245 Office Park Blvd
Suite 103
Bradenton, FL 34203


Sprint
Po Box 4181
Carol Stream, IL 60197-4181


Staples Business Advantage
Dept ROC
Po Box 415256
Boston, MA 02241-5256


State of New York
Attorney General's Office
120 Broadway
New York, NY 10271

Talener Group LLC
545 5th Ave
Suite 1003
New York, NY 10017


Tek System
Po Box 198568
Atlanta, GA 30384-8568


Tower Stream Corp.
Po Box 414061
Boston, MA 02241-4061


TransData, Inc.
2560 Tarplay Road
Carrollton, TX 75006


United States of America
c/o U.S. Attorney
86 Chambers Street
New York, NY 10007


United States Trustee
33 Whitehall
New York, NY 10004


Unity Electric
65-45 Fresh Meadow Lane
Fresh Meadows, NY 11365


Verizon
POB 15124
Albany, NY 12212

# United States Bankruptcy Court
## Southern District of New York

In re    __Genergy Worlwide, Inc.__

Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Genergy Worlwide, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October 27, 2010__

Date

__/s/ Mark Frankel__

__Mark Frankel 8417__

Signature of Attorney or Litigant

Counsel for __Genergy Worlwide, Inc.__

__Backenroth Frankel & Krinsky, LLP__
__489 Fifth Avenue__
__28th Floor__
__New York, NY 10017__
__212-593-1100 Fax:212-644-0544__
__mfrankel@bfklaw.com__

# United States Bankruptcy Court
## Southern District of New York

In re   **Genergy Worlwide, Inc.**

                                        Debtor(s)

Case No.

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

     I, **Dario Gristina**, declare under penalty of perjury that I am the **CEO** of  **Genergy Worlwide, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 27 day of October, 2010.

     "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

     Be It Therefore Resolved, that **Dario Gristina**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

     Be It Further Resolved, that **Dario Gristina**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

     Be It Further Resolved, that **Dario Gristina**, **CEO** of this Corporation is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** to represent the corporation in such bankruptcy case."

Date  **October 27, 2010**

Signed  **/s/ Dario Gristina**

                  **Dario Gristina**

Resolution of Board of Directors<br>of<br>**Genergy Worlwide, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dario Gristina, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dario Gristina, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dario Gristina, CEO** of this Corporation is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** to represent the corporation in such bankruptcy case.