UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                              Chapter 11

GENERGY WORLDWIDE, INC.                 Case No. 10-15622

                               Debtor.
---------------------------------------------------------x

**ORDER AUTHORIZING EMERGENCY USE OF CASH COLLATERAL
AND NOTICE OF INTERIM HEARING ON APPLICATION TO USE CASH
COLLATERAL**

Upon the application (the "Application") of Genergy Worldwide, Inc., the debtor and debtor-in-possession (the "Debtor"), for an order pursuant to § 363(c) of the Bankruptcy Code (the "Code") authorizing the use of "cash collateral" as that term is defined in § 363(a) of the Code ("Cash Collateral"), and upon the hearing held before this Court on November 1, 2010, and after due deliberation and sufficient cause appearing therefor; it is

ORDERED, that pending the interim hearing on the Debtor's Application, the Debtor be, and it hereby is, authorized to use the proceeds generated by the Debtor's business ("Property") solely for the purpose of protecting and preserving the business by making payment for expenses to be paid prior to November 18, 2010 identified on the exhibit A annexed hereto (the "Interim Expenses"); and it is further

ORDERED, that pending the interim hearing, Banco Popular (the "Bank") shall be provided the following as adequate protection: (a) the Debtor shall use cash collateral only in the ordinary course of business to preserve and protect the Debtor's business, (b) the Debtor

shall maintain strict records with respect to the use of cash collateral, (c) the Debtor shall furnish the Bank with monthly operating reports required by the United States Trustee, and (d) that Bank shall be deemed to have a replacement lien on the Debtor's assets to the extent of any erosion of the Lenders' cash collateral as a result of the Debtor's use of cash collateral under this order; and it is further

ORDERED, that pursuant to Bankruptcy Rule 4001(c) an interim hearing ("Interim Hearing") with respect to the relief requested by the Debtor in the Application will be held before the Honorable Robert E. Gerber on November 18, 2010 at 9:30 a.m. (the "Interim Hearing"), at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004; and it is further

ORDERED, that objections to the relief to be requested at the Interim Hearing shall be filed with Clerk of Court and served upon and received by Backenroth, Frankel & Krinsky, LLP on or before November 15, 2010, with a copy delivered to Judge Gerber's Chambers; and it is further; it is further

ORDERED, that the Debtor shall serve a copy of this Order upon the Office of the U.S. Trustee, the Bank, and the Debtor's twenty largest unsecured creditors by fax, email or overnight delivery on or before November 2, 2010.

Dated: New York, New York
 November **2**, 2010

*S/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE