UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re:

   GENERGY WORLWIDE, INC.

             Debtor.

------------------------------------------------------x

Chapter 11

Case No.10-15622-reg

NOTICE OF APPEARANCE
AND DEMAND FOR
<u>NOTICES AND PAPERS</u>

       PLEASE TAKE NOTICE THAT BANCO POPULAR NORTH AMERICA ("Claimant") hereby appears in the above-captioned case pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the person listed below at the following address and telephone number:

                Antonia M. Donohue, Esq.
                Jaspan Schlesinger LLP
                300 Garden City Plaza
                Garden City, New York 11530
                Telephone: (516) 393-8217

       PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

       This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of Claimant:(1) to have final orders in noncore matters

entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which Claimant is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Claimant expressly reserves.

Dated: Garden City, New York
November 5, 2010

           Yours, etc.

           JASPAN SCHLESINGER LLP

           By /s/ Antonia M. Donohue
              Antonia M. Donohue, Esq. (A.D. 7707)
              A Member of the Firm
              Attorneys for Banco Popular North America
              300 Garden City Plaza, 5th Floor
              Garden City, NY 11530
              (516) 393-8217

TO: Genergy Worlwide, Inc.
    Debtor
    1370 Broadway
    New York, New York 10018

    Mark A. Frankel, Esq.
    Attorney for the Debtor
    Backenroth Frankel & Krinsky, LLP
    489 Fifth Avenue
    New York, New York 10017

    US Trustee
    United States Trustee
    33 Whitehall Street, 21st Floor
    New York, New York 10004