UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Genergy Worldwide, Inc.                          Case No. 10-15622-reg
    **Debtor**                                    Reporting Period: Nov-10

Federal Tax I.D. # 26-4117679

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✔ | ✔ |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | ✔ | ✔ |
|   Copies of bank statements | | ✔ | ✔ |
|   Cash disbursements journals | | ✔ | ✔ |
| Statement of Operations | MOR-2 | ✔ | ✔ |
| Balance Sheet | MOR-3 | ✔ | ✔ |
| Status of Post-petition Taxes | MOR-4 | ✔ | ✔ |
|   Copies of IRS Form 6123 or payment receipt | | ✔ | ✔ |
|   Copies of tax returns filed during reporting period | | ✔ | ✔ |
| Summary of Unpaid Post-petition Debts | MOR-4 | ✔ | ✔ |
|   Listing of Aged Accounts Payable | | ✔ | ✔ |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✔ | ✔ |
| Taxes Reconciliation and Aging | MOR-5 | ✔ | ✔ |
| Payments to Insiders and Professional | MOR-6 | ✔ | ✔ |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | ✔ | ✔ |
| Debtor Questionnaire | MOR-7 | ✔ | ✔ |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____          Date    Dec. 20, 2010

Signature of Authorized Individual* s/Dario Gristina
_____          Date    Dec. 20, 2010

Printed Name of Authorized Individual    Dario Gristina          Date    Dec. 20, 2010

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | $0.00 | $0.00 | n/a | n/a | $0.00 |
| RECEIPTS | | | | | |
| CASH SALES | $0.00 | $0.00 | n/a | n/a | $0.00 |
| ACCOUNTS RECEIVABLE - PREPETITION | $121,402.97 | $250.00 | n/a | n/a | $121,652.97 |
| ACCOUNTS RECEIVABLE - POSTPETITION | $39,118.77 | $0.00 | n/a | n/a | $39,118.77 |
| LOANS AND ADVANCES | $0.00 | $0.00 | n/a | n/a | $0.00 |
| SALE OF ASSETS | $0.00 | $0.00 | n/a | n/a | $0.00 |
| OTHER *(ATTACH LIST)* | $1,841.97 | $0.00 | n/a | n/a | $1,841.97 |
| TRANSFERS *(FROM DIP ACCTS)* | $13,622.83 | $54,896.62 | n/a | n/a | $68,519.45 |
| TOTAL RECEIPTS | $175,986.54 | $55,146.62 | n/a | n/a | $231,133.16 |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | $0.00 | ($39,654.26) | n/a | n/a | ($39,654.26) |
| PAYROLL TAXES | ($691.89) | ($13,632.33) | n/a | n/a | ($14,324.22) |
| SALES, USE, & OTHER TAXES | $0.00 | $0.00 | n/a | n/a | $0.00 |
| INVENTORY PURCHASES | $0.00 | $0.00 | n/a | n/a | $0.00 |
| SECURED/ RENTAL/ LEASES | ($5,852.25) | $0.00 | n/a | n/a | ($5,852.25) |
| INSURANCE | ($1,954.60) | $0.00 | n/a | n/a | ($1,954.60) |
| ADMINISTRATIVE | ($692.40) | $0.00 | n/a | n/a | ($692.40) |
| SELLING | ($77,226.85) | $0.00 | n/a | n/a | ($77,226.85) |
| OTHER *(ATTACH LIST)* | $0.00 | $0.00 | n/a | n/a | $0.00 |
| OWNER DRAW * | $0.00 | $0.00 | n/a | n/a | $0.00 |
| TRANSFERS *(TO DIP ACCTS)* | ($54,896.62) | $0.00 | n/a | n/a | ($54,896.62) |
| PROFESSIONAL FEES | $0.00 | $0.00 | n/a | n/a | $0.00 |
| U.S. TRUSTEE QUARTERLY FEES | $0.00 | $0.00 | n/a | n/a | $0.00 |
| COURT COSTS | $0.00 | $0.00 | n/a | n/a | $0.00 |
| TOTAL DISBURSEMENTS | ($141,314.61) | ($53,286.59) | n/a | n/a | ($194,601.20) |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $34,671.93 | $1,860.03 | n/a | n/a | $36,531.96 |
| | | | | | |
| CASH – END OF MONTH | $34,671.93 | $1,860.03 | n/a | n/a | $36,531.96 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | ($194,601.20) |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | ($54,896.62) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | ($139,704.58) |

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating #000000902951649 | Payroll #000000902951656 | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $34,671.93 | $1,860.03 | n/a | n/a |
| **BANK BALANCE** | $45,461.24 | $11,394.09 | n/a | n/a |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $0.00 | $0.00 | n/a | n/a |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | ($10,789.31) | ($9,534.06) | n/a | n/a |
| OTHER *(ATTACH EXPLANATION)* | $0.00 | $0.00 | n/a | n/a |
| **ADJUSTED BANK BALANCE \*** | $34,671.93 | $1,860.03 | n/a | n/a |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a | n/a |
| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |
| See attached | See attached | See attached | See attached | See attached |

**OTHER**

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | $254,735.60 | $254,735.60 |
| Less: Returns and Allowances | $0.00 | $0.00 |
| Net Revenue | $254,735.60 | $254,735.60 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | $0.00 | $0.00 |
| Add: Purchases & Subs | ($35,790.58) | ($35,790.58) |
| Add: Cost of Labor | ($49,728.41) | ($49,728.41) |
| Add: Other Costs *(attach schedule)* | $0.00 | $0.00 |
| Less: Ending Inventory | $0.00 | $0.00 |
| Cost of Goods Sold | ($85,518.99) | ($85,518.99) |
| Gross Profit | $169,216.61 | $169,216.61 |
| **OPERATING EXPENSES** | | |
| Advertising | $0.00 | $0.00 |
| Auto and Truck Expense | $0.00 | $0.00 |
| Bad Debts | $0.00 | $0.00 |
| Contributions | $0.00 | $0.00 |
| Employee Benefits Programs | ($7,447.88) | ($7,447.88) |
| Officer/Insider Compensation (Including Health Benefits)* | ($67,620.00) | ($67,620.00) |
| Insurance | ($2,673.32) | ($2,673.32) |
| Management Fees/Bonuses | $0.00 | $0.00 |
| Office Expense | ($2,003.23) | ($2,003.23) |
| Pension & Profit-Sharing Plans | $0.00 | $0.00 |
| Repairs and Maintenance | ($7,702.50) | ($7,702.50) |
| Rent and Lease Expense | ($4,396.00) | ($4,396.00) |
| Salaries/Commissions/Fees | ($8,592.85) | ($8,592.85) |
| Supplies | $0.00 | $0.00 |
| Taxes - Payroll | ($588.87) | ($588.87) |
| Taxes - Real Estate | $0.00 | $0.00 |
| Taxes - Other | $0.00 | $0.00 |
| Travel and Entertainment | ($321.50) | ($321.50) |
| Utilities | ($4,835.50) | ($4,835.50) |
| Other-*Auto Exp.* | ($2,186.34) | ($2,186.34) |
| Total Operating Expenses Before Depreciation | ($108,367.99) | ($108,367.99) |
| Bank Fees and Finance Charges | ($812.59) | ($812.59) |
| Net Profit (Loss) Before Other Income & Expenses | $60,036.03 | $60,036.03 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | $0.00 | $0.00 |
| Interest Expense | $0.00 | $0.00 |
| Other Expense *(attach schedule)* | $0.00 | $0.00 |
| Net Profit (Loss) Before Reorganization Items | $60,036.03 | $60,036.03 |

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | $0.00 | $0.00 |
| U. S. Trustee Quarterly Fees | $0.00 | $0.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | $0.00 | $0.00 |
| Gain (Loss) from Sale of Equipment | $0.00 | $0.00 |
| Other Reorganization Expenses *(attach schedule)* | $0.00 | $0.00 |
| Total Reorganization Expenses | $0.00 | $0.00 |
| Income Taxes | | |
| Net Profit (Loss) | $60,036.03 | $60,036.03 |

\*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| N/A | | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

OTHER OPERATIONAL EXPENSES

| N/A | | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

OTHER INCOME

| N/A | | |
|---|---|---|
|  |  |  |
|  |  |  |

OTHER EXPENSES

| N/A | | |
|---|---|---|
|  |  |  |
|  |  |  |

OTHER REORGANIZATION EXPENSES

| N/A | | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Unrestricted Cash and Equivalents | $36,531.96 | $0.00 | $13,065.35 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | $0.00 | $0.00 | $0.00 |
| Accounts Receivable (Net) | $2,202,119.00 | $0.00 | $2,107,895.07 |
| Notes Receivable | $0.00 | $0.00 | $0.00 |
| Inventories | $0.00 | $0.00 | $0.00 |
| Prepaid Expenses | $0.00 | $0.00 | $0.00 |
| Professional Retainers | $0.00 | $0.00 | $0.00 |
| Other Current Assets *(attach schedule)* | $0.00 | $0.00 | $0.00 |
| TOTAL CURRENT ASSETS | $2,238,650.96 | $0.00 | $2,120,960.42 |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | $0.00 | $0.00 | $0.00 |
| Machinery and Equipment | $57,814.22 | $0.00 | $57,814.22 |
| Furniture, Fixtures and Office Equipment | $19,241.29 | $0.00 | $19,241.29 |
| Leasehold Improvements | $0.00 | $0.00 | $0.00 |
| Vehicles | $0.00 | $0.00 | $0.00 |
| Less: Accumulated Depreciation | ($77,055.51) | $0.00 | ($77,055.51) |
| TOTAL PROPERTY & EQUIPMENT | $0.00 | $0.00 | $0.00 |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | $0.00 | $0.00 | $0.00 |
| Other Assets *(attach schedule)* | $0.00 | $0.00 | $0.00 |
| TOTAL OTHER ASSETS | $0.00 | $0.00 | $0.00 |
| TOTAL ASSETS | $2,238,650.96 | $0.00 | $2,120,960.42 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | ($56,472.19) | $0.00 | ($600,671.80) |
| Taxes Payable *(refer to FORM MOR-4)* | ($6,065.70) | $0.00 | ($397,132.13) |
| Wages Payable | $0.00 | $0.00 | $0.00 |
| Notes Payable | $0.00 | $0.00 | $0.00 |
| Rent / Leases - Building/Equipment | $0.00 | $0.00 | $0.00 |
| Secured Debt / Adequate Protection Payments | $0.00 | $0.00 | ($800,000.00) |
| Professional Fees | $0.00 | $0.00 | $0.00 |
| Amounts Due to Insiders* | $0.00 | $0.00 | ($110,240.03) |
| Other Post-petition Liabilities *(attach schedule)* | $0.00 | $0.00 | $0.00 |
| TOTAL POST-PETITION LIABILITIES | ($62,537.89) | $0.00 | ($1,908,043.96) |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | ($800,000.00) | $0.00 | ($800,000.00) |
| Priority Debt | ($397,132.13) | $0.00 | ($397,132.13) |
| Unsecured Debt | ($710,911.83) | $0.00 | ($710,911.83) |
| TOTAL PRE-PETITION LIABILITIES | ($1,908,043.96) | $0.00 | ($1,908,043.96) |
| TOTAL LIABILITIES | ($1,970,581.85) | $0.00 | ($1,908,043.96) |
| OWNERS' EQUITY | | | |
| Capital Stock | ($30,550.50) | $0.00 | ($30,550.50) |
| Additional Paid-In Capital | ($25,603.50) | $0.00 | ($25,603.50) |
| Partners' Capital Account | $0.00 | $0.00 | $0.00 |
| Owner's Equity Account | $0.00 | $0.00 | $0.00 |
| Retained Earnings - Pre-Petition | ($156,762.46) | $0.00 | ($156,762.46) |
| Retained Earnings - Post-petition | ($55,152.65) | $0.00 | n/a |
| Adjustments to Owner Equity *(attach schedule)* | $0.00 | $0.00 | $0.00 |
| Post-petition Contributions *(attach schedule)* | $0.00 | $0.00 | $0.00 |
| NET OWNERS' EQUITY | ($268,069.11) | $0.00 | ($212,916.46) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | ($2,238,650.96) | $0.00 | ($2,120,960.42) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BALANCE SHEET** - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| N/A | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| N/A | | | |
| | | | |
| Post-Petition Contributions | | | |
| N/A | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | $0.00 | ($4,385.97) | $4,798.68 | Nov-10 | Various | $412.71 |
| FICA-Employee | $0.00 | ($7,366.78) | $7,366.78 | Nov-10 | Various | ($0.00) |
| FICA-Employer | $0.00 | ($7,366.78) | $7,366.78 | Nov-10 | Various | ($0.00) |
| Unemployment | $0.00 | $0.00 | $0.00 | n/a | n/a | $0.00 |
| Income | $0.00 | n/a | n/a | n/a | n/a | n/a |
| Other: | $0.00 | n/a | n/a | n/a | n/a | n/a |
| Total Federal Taxes | $0.00 | ($19,119.53) | $19,532.24 | n/a | n/a | $412.71 |
| State and Local | | | | | | |
| Withholding | $0.00 | ($2,111.97) | $2,111.97 | Nov-10 | Various | $0.00 |
| Sales | $0.00 | ($1,959.41) | $0.00 | Dec-10 | Various | ($1,959.41) |
| Excise | $0.00 | $0.00 | $0.00 | n/a | n/a | n/a |
| Unemployment | $0.00 | $0.00 | $0.00 | n/a | n/a | n/a |
| Real Property | $0.00 | n/a | n/a | n/a | n/a | n/a |
| Personal Property | $0.00 | n/a | n/a | n/a | n/a | n/a |
| Other: NYC | $0.00 | ($459.50) | $563.66 | Nov-10 | Various | $104.16 |
| Total State and Local | $0.00 | ($4,530.88) | $2,675.63 | n/a | n/a | ($1,855.25) |
| | | | | | | |
| Total Taxes | $0.00 | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | ($56,472.19) | 0 | 0 | 0 | 0 | ($56,472.19) |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | ($1,855.25) | 0 | | | | ($1,855.25) |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Post-petition Debts | ($58,327.44) | 0 | 0 | 0 | 0 | ($58,327.44) |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
N/A

In re Genergy Worldwide, Inc.
Debtor

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $2,107,895.07 |
| Plus: Amounts billed during the period | $254,735.60 |
| Less: Amounts collected during the period | ($160,771.74) |
| Total Accounts Receivable at the end of the reporting period | $2,201,858.93 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $226,557.65 | | | | $226,557.65 |
| 31 - 60 days old | | $31,355.42 | | | $31,355.42 |
| 61 - 90 days old | | | $41,751.15 | | $41,751.15 |
| 91+ days old | | | | $1,902,194.71 | $1,902,194.71 |
| Total Accounts Receivable | | | | | $2,201,858.93 |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | 0 | 0 | 0 | 0 | 2201858.93 |

# TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | ($1,855.25) | 0 | 0 | 0 | ($1,855.25) |
| 31 - 60 days old | 0 | 0 | 0 | 0 | $0.00 |
| 61 - 90 days old | 0 | 0 | 0 | 0 | $0.00 |
| 91+ days old | 0 | 0 | 0 | 0 | $0.00 |
| Total Taxes Payable | ($1,855.25) | 0 | 0 | 0 | ($1,855.25) |
| Total Accounts Payable | ($56,472.19) | 0 | 0 | 0 | ($56,472.19) |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Dario Gristina | Non-Payroll Compensation for Services | ($15,200.00) | ($15,200.00) |
| Astus-Faber Associates | Non-Payroll Compensation for Services | ($25,920.00) | ($25,920.00) |
| Lyra Consulting | Non-Payroll Compensation for Services | ($12,976.00) | ($12,976.00) |
| TOTAL PAYMENTS TO INSIDERS | | ($54,096.00) | ($54,096.00) |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| NISSAN | ($592.48) | ($592.48) | $0.00 |
| ALLY | ($860.71) | $0.00 | ($860.71) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | ($592.48) | ($860.71) |

# DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes |
|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | |
| 8 Are any post petition payroll taxes past due? | |
| 9 Are any post petition State or Federal income taxes past due? | |
| 10 Are any post petition real estate taxes past due? | |
| 11 Are any other post petition taxes past due? | |
| 12 Have any pre-petition taxes been paid during this reporting period? | |
| 13 Are any amounts owed to post petition creditors delinquent? | |
| 14 Are any wage payments past due? | |
| 15 Have any post petition loans been been received by the Debtor from any party? | |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | |

| No |
|:---:|
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |
| X |



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

00024295 DRE 802 143 33510 - NNNNNNNNNNN T 1 000000000 62 0000

GENERGY WORLDWIDE DIP
DEBTOR IN POSSESSION
CASE #1015622
1370 BROADWAY SUITE 820
NEW YORK NY 10018-7780



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY
Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 5 | 55,146.62 |
| Checks Paid | 50 | - 31,999.78 |
| Electronic Withdrawals | 4 | - 11,752.75 |
| **Ending Balance** | **59** | **$11,394.09** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Deposit | $250.00 |
| 11/05 | Online Transfer From Chk Xxxxx1649 Transaction#: 1052392092 | 14,334.05 |
| 11/15 | Online Transfer From Chk Xxxxx1649 Transaction#: 1112714625 | 14,316.23 |
| 11/22 | Online Transfer From Chk Xxxxx1649 Transaction#: 1219232679 | 13,368.13 |
| 11/29 | Online Transfer From Chk Xxxxx1649 Transaction#: 1239952163 | 12,878.21 |
| **Total Deposits and Additions** | | **$55,146.62** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1001 ^ | | 11/24 | $167.04 |
| 1002 ^ | | 11/09 | 952.40 |
| 1003 ^ | | 11/08 | 714.43 |
| 1004 ^ | | 11/09 | 619.33 |
| 1005 ^ | | 11/09 | 690.05 |
| 1007 * ^ | | 11/15 | 643.45 |
| 1008 ^ | | 11/10 | 555.95 |
| 1009 ^ | | 11/12 | 496.86 |
| 1010 ^ | | 11/08 | 354.57 |
| 1011 ^ | | 11/16 | 659.23 |



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:**          Step 1 Balance: $_____

**2. List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

**3. Add Step 2 Total to Step 1 Balance.**          Step 3 Total:   $_____

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

**5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**


## CHECKS PAID  *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1012 ^ | | 11/15 | 749.51 |
| 1013 ^ | | 11/09 | 1,019.48 |
| 1014 ^ | | 11/15 | 939.94 |
| 1015 ^ | | 11/08 | 485.61 |
| 1017 * ^ | | 11/10 | 443.35 |
| 1018 ^ | | 11/24 | 458.55 |
| 1019 ^ | | 11/17 | 962.77 |
| 1020 ^ | | 11/15 | 727.68 |
| 1021 ^ | | 11/16 | 634.21 |
| 1022 ^ | | 11/26 | 435.61 |
| 1023 ^ | | 11/22 | 643.46 |
| 1024 ^ | | 11/15 | 555.95 |
| 1025 ^ | | 11/17 | 496.87 |
| 1026 ^ | | 11/15 | 354.57 |
| 1027 ^ | | 11/22 | 661.63 |
| 1028 ^ | | 11/17 | 759.89 |
| 1029 ^ | | 11/16 | 1,019.47 |
| 1030 ^ | | 11/22 | 939.95 |
| 1031 ^ | | 11/15 | 485.60 |
| 1032 ^ | | 11/19 | 443.33 |
| 1033 ^ | | 11/22 | 670.80 |
| 1034 ^ | | 11/22 | 1,559.14 |
| 1063 * ^ | | 11/23 | 270.36 |
| 1064 ^ | | 11/22 | 727.67 |
| 1065 ^ | | 11/30 | 616.58 |
| 1067 * ^ | | 11/22 | 555.95 |
| 1068 ^ | | 11/24 | 496.90 |
| 1069 ^ | | 11/23 | 354.57 |
| 1070 ^ | | 11/30 | 661.63 |
| 1071 ^ | | 11/23 | 1,019.48 |
| 1073 * ^ | | 11/23 | 485.59 |
| 1074 ^ | | 11/29 | 443.34 |
| 1075 ^ | | 11/24 | 759.89 |
| 1076 ^ | | 11/26 | 962.77 |
| 1077 ^ | | 11/26 | 619.13 |
| 1078 ^ | | 11/26 | 736.76 |
| 1079 ^ | | 11/29 | 244.61 |
| 1081 * ^ | | 11/29 | 727.67 |
| 1086 * ^ | | 11/30 | 354.57 |
| 1087 ^ | | 11/30 | 661.63 |

**Total Checks Paid**      **$31,999.78**



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.


## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/09 | Irs      Usataxpymt 270071300708636 CCD ID: 3387702000 | $3,095.97 |
| 11/15 | Irs      Usataxpymt 270071900933780 CCD ID: 3387702000 | 3,071.68 |
| 11/23 | Irs      Usataxpymt 270072700949511 CCD ID: 3387702000 | 2,860.07 |
| 11/29 | Irs      Usataxpymt 270073300650490 CCD ID: 3387702000 | 2,725.03 |
| **Total Electronic Withdrawals** | | **$11,752.75** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 11/01 | $250.00 | 11/17 | 7,411.46 |
| 11/05 | 14,584.05 | 11/19 | 6,968.13 |
| 11/08 | 13,029.44 | 11/22 | 14,577.66 |
| 11/09 | 6,652.21 | 11/23 | 9,587.59 |
| 11/10 | 5,652.91 | 11/24 | 7,705.21 |
| 11/12 | 5,156.05 | 11/26 | 4,950.94 |
| 11/15 | 11,943.90 | 11/29 | 13,688.50 |
| 11/16 | 9,630.99 | 11/30 | 11,394.09 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 54 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **56** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |


JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754



IllIIIIIIlIIlllIIlIlIIlIIlIlIIIllIIIlIIlllIllIlIIIlIllll

00048296 DRE 802 143 33510 - NNNNNNNNNNN T 1 000000000 64 0000

GENERGY WORLDWIDE DIP
DEBTOR IN POSSESSION
CASE #1015622
1370 BROADWAY SUITE 820
NEW YORK NY 10018-7780

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY

Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 19 | 175,986.54 |
| Checks Paid | 33 | - 73,984.08 |
| Electronic Withdrawals | 6 | - 56,541.22 |
| **Ending Balance** | **58** | **$45,461.24** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/01 | Deposit | | $37,332.09 |
| 11/01 | Deposit | 779791358 | 31,560.39 |
| 11/03 | Deposit | 782509620 | 3,102.00 |
| 11/04 | Deposit | 782509777 | 3,257.13 |
| 11/05 | Deposit | 418749484 | 1,900.69 |
| 11/08 | Deposit | 782509794 | 4,845.16 |
| 11/09 | Deposit | 418749485 | 2,931.38 |
| 11/10 | Deposit | 782509779 | 7,627.00 |
| 11/15 | Deposit | 782509780 | 13,343.39 |
| 11/16 | Deposit | 418749487 | 13,615.30 |
| 11/17 | Deposit | 418749494 | 13,441.56 |
| 11/19 | Deposit | 418749490 | 9,933.44 |
| 11/22 | Deposit | 782509787 | 5,057.48 |
| 11/23 | Deposit | 418749492 | 18,630.01 |
| 11/23 | Deposit | 418749491 | 622.00 |
| 11/23 | Deposit | 418749493 | 350.00 |
| 11/29 | Deposit | 782509796 | 4,249.72 |
| 11/29 | Deposit | 782509781 | 2,317.00 |
| 11/30 | Deposit | 782509798 | 1,870.80 |
| **Total Deposits and Additions** | | | **$175,986.54** |


## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**   Step 1 Balance: $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**   Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**



# CHECKS PAID



| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1001 ^ | | 11/08 | $3,244.00 |
| 1002 ^ | | 11/08 | 6,085.00 |
| 1003 ^ | | 11/17 | 692.40 |
| 1004 ^ | | 11/12 | 3,800.00 |
| 1005 ^ | | 11/10 | 5,259.77 |
| 1007 * ^ | | 11/08 | 44.50 |
| 1009 * ^ | | 11/09 | 6,480.00 |
| 1011 * ^ | | 11/15 | 35.00 |
| 1013 * ^ | | 11/08 | 691.89 |
| 1014 ^ | | 11/22 | 592.48 |
| 1015 ^ | | 11/23 | 176.54 |
| 1016 ^ | | 11/15 | 3,244.00 |
| 1018 * ^ | | 11/18 | 6,480.00 |
| 1019 ^ | | 11/17 | 3,800.00 |
| 1020 ^ | | 11/22 | 199.00 |
| 1021 ^ | | 11/17 | 364.37 |
| 1022 ^ | | 11/22 | 1,800.00 |
| 1023 ^ | | 11/15 | 133.43 |
| 1024 ^ | | 11/22 | 99.50 |
| 1026 * ^ | | 11/24 | 1,633.12 |
| 1027 ^ | | 11/26 | 2,211.20 |
| 1028 ^ | | 11/22 | 3,244.00 |
| 1030 * ^ | | 11/29 | 3,800.00 |
| 1031 ^ | | 11/29 | 6,480.00 |
| 1035 * ^ | | 11/23 | 234.72 |
| 1036 ^ | | 11/23 | 79.50 |
| 1037 ^ | | 11/30 | 88.00 |
| 1038 ^ | | 11/26 | 8,029.16 |
| 1042 * ^ | | 11/30 | 1,160.00 |
| 1044 * ^ | | 11/29 | 44.00 |
| 1045 ^ | | 11/29 | 3,244.00 |
| 1050 * ^ | | 11/30 | 14.50 |
| 1129 * ^ | | 11/30 | 500.00 |

**Total Checks Paid**                                    **$73,984.08**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | 11/05 Online Transfer To  Chk Xxxxx1656 Transaction#: 1052392092 | $14,334.05 |
| 11/15 | 11/15 Online Transfer To  Chk Xxxxx1656 Transaction#: 1112714625 | 14,316.23 |
| 11/22 | 11/22 Online Transfer To  Chk Xxxxx1656 Transaction#: 1219232679 | 13,368.13 |
| 11/23 | Bankdirect Capit Web Pmts   L50Lg         Web ID: 9000022256 | 794.60 |


## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/29 | 11/29 Online Transfer To Chk Xxxxx1656 Transaction#: 1239952163 | 12,878.21 |
| 11/30 | American Express Web Remit 101130060238283 Web ID: 2005032111 | 850.00 |
| **Total Electronic Withdrawals** | | **$56,541.22** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 11/01 | $68,892.48 | 11/17 | 70,431.45 |
| 11/03 | 71,994.48 | 11/18 | 63,951.45 |
| 11/04 | 75,251.61 | 11/19 | 73,884.89 |
| 11/05 | 62,818.25 | 11/22 | 59,639.26 |
| 11/08 | 57,598.02 | 11/23 | 77,955.91 |
| 11/09 | 54,049.40 | 11/24 | 76,322.79 |
| 11/10 | 56,416.63 | 11/26 | 66,082.43 |
| 11/12 | 52,616.63 | 11/29 | 46,202.94 |
| 11/15 | 48,231.36 | 11/30 | 45,461.24 |
| 11/16 | 61,846.66 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 35 |
| Deposits / Credits | 19 |
| Deposited Items | 134 |
| **Transaction Total** | **188** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

# PRE-BILL

Date:   12/23/2010
Time:   4:09PM
Page:   1 of 8

## Backenroth Frankel Krinsky

Danilo Gristina
Genergy Worldwide, Inc.
264 Route 52
Kent Lakes, NY 10512

| | | | | |
|---|---|---|---|---|
| **Client:** | 81923 | Danilo Gristina | | |
| **Matter:** | 921 | Genergy Worldwide, Inc. | | |
| **Matter Type:** | | | **Originating Timekeeper:** | MAF |
| **Comments :** | | | **Responsible Timekeeper:** | MAF |
| **File Open Date:** | 08/25/2010 | | **Billing Format Code:** | GEN |
| **Billing Mode:** | Hourly | **Bill Date:** 12/23/2010 | **Fees/Costs Cut Date:** | 12/23/2010 |
| | | **Start Date:** 01/01/1900 | **Payments Cut Date:** | 12/23/2010 |
| **Billing Frequency :** | Monthly | **Last Bill:** | | |
| **Remarks:** | | | **Type of Bill:** | Regular |

| ACCOUNT AGING | Current ($50,000.00) | 30 - 59 Days $ 0.00 | 60 - 89 Days $ 0.00 | 90 Days and Over $ 0.00 |
|---|---|---|---|---|
| **Fees Billed to Date:** | $0.00 | **Costs Billed to Date:** | $0.00 | |

## Fees

| Ticket Number | Date | Timekeeper | Description | Hours | Amount | |
|---|---|---|---|---|---|---|
| 1 | 08/13/2010 | MAF | Teleconference Danny Christina re new business | 0.30 | $145.50 | BL |
| 2 | 08/17/2010 | MAF | O/C re new business | 0.80 | $388.00 | BL |
| 3 | 08/19/2010 | MAF | O/C client re Ch. 11 filing | 0.70 | $339.50 | BL |
| 4 | 08/23/2010 | MAF | Teleconference client re retention | 0.10 | $48.50 | BL |
| 5 | 08/27/2010 | MAF | Teleconference client re PA discussions | 0.50 | $242.50 | BL |
| 6 | 08/30/2010 | MAF | Teleconference cleint re settlement with bank | 0.30 | $145.50 | BL |
| 7 | 08/31/2010 | MAF | Teleconference Gristina re budgets and meeting with bank | 0.30 | $145.50 | BL |
| 8 | 09/01/2010 | MAF | Teleconferences cleint re meeting with PA | 0.70 | $339.50 | BL |
| 10 | 09/02/2010 | MAF | Teleconference client re Ch. 11 filing | 0.10 | $48.50 | BL |
| 14 | 09/02/2010 | SAK | Conf's with client re case status (.4); review email from Mr. Gristina and various attachments(.3); review documents(.2); prepare email in reply(.1); review additional email from Mr. Gristina re case status(.1); prepare emails in reply(.2); review contract(.1); conf's with Mr. Frankel re all of the above(.1) | 1.50 | $675.00 | BL |
| 9 | 09/07/2010 | MAF | Email client re meeting with bank | 0.10 | $48.50 | BL |
| 15 | 09/07/2010 | SAK | Review all files re claims v PA | 1.00 | $450.00 | BL |
| 11 | 09/08/2010 | MAF | C/C bank and client re Ch. 11 filing and t/c's client re same | 0.70 | $339.50 | BL |
| 16 | 09/08/2010 | SAK | Conf's with Mr. Gristina re case status(.8); review email from Mr. Gristina re case status(.2) | 1.00 | $450.00 | BL |

**Continued On Next Page**

# PRE-BILL

## Backenroth Frankel Krinsky

Client: 81923      Danilo Gristina
Matter: 921      Genergy Worldwide, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | 09/09/2010 | SAK | Conf's with Mr. Gristina re case status(.3); review email from Mr. Gristina(.1); review corres from Port Authority re turnover of software(.3); conf with Mr. Gristina re same(.1); review various emails from Mr. Gristina in reply to Port Authority letter(.2) | 1.00 | $450.00 | BL |
| 18 | 09/10/2010 | SAK | Review email from Mr. Gristina re case status(.2); review attachments to emails(.5) | 0.70 | $315.00 | BL |
| 19 | 09/13/2010 | SAK | Review all files& prepare for today's meeting(.7) appearance at meeting with Mr. Gristina re various matters(.7); review email from Mr. Gristina re meeting(.2); prepare email in reply(.2); review additional email and attachments(.2) | 2.00 | $900.00 | BL |
| 12 | 09/14/2010 | MAF | Teleconference Cristina re meeting with bank and cash collateral | 0.10 | $48.50 | BL |
| 20 | 09/14/2010 | SAK | Prepare and revise complaint(.7); review emails from Mr. Gristina re case status(.1); review attachments re merger(.2) | 1.00 | $450.00 | BL |
| 22 | 09/15/2010 | SAK | Research various issues re suing Port Authority statue of limitations and tolling(2.3); review email from client re response letter to Port Authority(.2) | 2.50 | $1,125.00 | BL |
| 23 | 09/16/2010 | SAK | Research of various issues suing the Port Authority, statute of limitations and tolling(1.9); conf with clients re same(.3); conf's with Mr. Frankel re all the above(.3) | 2.50 | $1,125.00 | BL |
| 24 | 09/17/2010 | SAK | Research various issues re suing Port Authority, and statute of limitations and tolling(.2); prepare proof of claim(.8) | 1.00 | $450.00 | BL |
| 25 | 09/20/2010 | SAK | Prepare and revise proof of claim(2.3); prepare emails to client re same(.2); review emails in reply(.1); review emails from clients re meeting with bank(.1); prepare email in reply(.1); conf with client re same(.1); conf with Mr. Frankel re all the above(.1) | 3.00 | $1,350.00 | BL |
| 13 | 09/21/2010 | MAF | Drafting cash collateral stip | 2.50 | $1,212.50 | BL |
| 26 | 09/21/2010 | SAK | Review various emails from client re case status(.2); prepare various emails in reply(.4); finalize and assemble notice of claim(.7); appearance at Port Authority for service of notice of claim(.5); conf with client re same(.2); prepare for tomorrow's meeting(.4); conf with Mr. Frankel re all of the above(.1) | 2.50 | $1,125.00 | BL |
| 21 | 09/22/2010 | MAF | O/C client and c/c Banco re Ch.11 and cash collateral(.8) and prep for same(1.1) | 1.90 | $921.50 | BL |
| 27 | 09/22/2010 | SAK | Prepare for today's meeting(1); appearance with in connection with telephonic conf(.7); conf with Mr. Frankel re same(.2) | 1.90 | $855.00 | BL |
| 40 | 09/28/2010 | SAK | Conf with Mr. Gristina re various Port Authority | 0.30 | $135.00 | BL |

**Continued On Next Page**

# *PRE-BILL*

## Backenroth Frankel Krinsky

Client: 81923      Danilo Gristina
Matter: 921      Genergy Worldwide, Inc.

| 29 | 10/04/2010 | MAF | Teleconfe4rnce John May re budget (.2); reviewed comments res same (.4); t/c Grinstina re same (.1) | 0.70 | $339.50 | BL |
| 30 | 10/05/2010 | MAF | Teleconference May re budget (1.0) emails and t/c's re same and open litigation (.5) | 1.50 | $727.50 | BL |
| 31 | 10/06/2010 | MAF | Email May6 re budget (1.2); emails and t/c's client re same (.5) | 1.70 | $824.50 | BL |
| 41 | 10/06/2010 | SAK | Conf with Mr. Gristina re Port Authority billing and and pick up of meters | 0.30 | $135.00 | BL |
| 32 | 10/08/2010 | MAF | Teleconference client re revised budget (.3): email bank re same(.2) | 0.50 | $242.50 | BL |
| 33 | 10/12/2010 | MAF | Teleconference client re meeting with lender and Ch.11 filing | 0.50 | $242.50 | BL |
| 34 | 10/13/2010 | MAF | Completed petition cash collateral retention and local rule pleadings | 4.90 | $2,376.50 | BL |
| 43 | 10/14/2010 | SAK | Conf with Mr. Gristina re Port Authority billing (.3); prepare email to Mr. Gristina re same (.1) | 0.40 | $180.00 | BL |
| 35 | 10/15/2010 | MAF | Revised Ch. 11 filing documents (.2); t/c's client re same (.3) | 0.50 | $242.50 | BL |
| 36 | 10/18/2010 | YE | Preperation of petition | 2.00 | $250.00 | BL |
| 37 | 10/21/2010 | MAF | Revised petiton and 1st day orders and t/c client re same | 1.00 | $485.00 | BL |
| 38 | 10/22/2010 | MAF | Teleconference re budget | 0.50 | $242.50 | BL |
| 39 | 10/27/2010 | MAF | Teleconferences client re Ch.11 filing and revised budget (.2); final revisions and filing petition (3.8); t/c May re same (.2) | 4.20 | $2,037.00 | BL |
| 46 | 10/27/2010 | SAK | Review email from Mr. Gristina re Port Authority billing (.1); review billing (.8); review email from Mr. Frankel re bankruptcy filing (.1) | 1.00 | $450.00 | BL |
| 28 | 10/28/2010 | MAF | Teleconference Nachman er status of Ch.11 petition (.2); t/c client re same fand re budget for lender (.5) | 0.70 | $339.50 | BL |
| 42 | 10/28/2010 | MAF | Teleconference Gristina re cash collateral hearing (.3); to court re scheduling (.1); drafted and filed hearing notice (.2); drafting sample hearing testimony (5.0) | 5.60 | $2,716.00 | BL |
| 47 | 10/28/2010 | SAK | Conf with court re cash collateral hearing (.1); conf with Mr. Frankel re same (.1); prepare email to Mr. Frankel re cash collateral hearing (.1) | 0.30 | $135.00 | BL |
| 44 | 10/29/2010 | MAF | Email client re Ch. 11 procedures (.5); drafted, filed and sent bar date order to court (.5); sent retention application to UST (.1); t/c's emaisl client re 11/1 hearing (.5); emails cleint re Ch.11 oblig (.5); prep re 11/1 hearing (2.0); t/c's UST re same (.3) | 4.30 | $2,085.50 | BL |

**Continued On Next Page**

# *PRE-BILL*

## Backenroth Frankel Krinsky

Client: 81923      Danilo Gristina
Matter: 921       Genergy Worldwide, Inc.

| 49 | 11/01/2010 | SAK | Conf with Mr. Frankel re case and hearing status | 0.00 | $0.00 | BL |
|---|---|---|---|---|---|---|
| 52 | 11/01/2010 | MAF | To court re cash collateral | 2.50 | $1,212.50 | BL |
| 63 | 11/01/2010 | MAF | Letter to creditor re status of civil court suit (.3); email client re 341 meeting (.2) | 0.50 | $242.50 | BL |
| 45 | 11/02/2010 | MAF | Teleconference May re interim cash calllteral (.3); email client re same (.4); email order to court (.1) | 0.80 | $388.00 | BL |
| 48 | 11/03/2010 | MAF | Emails client re infor for bank (.2); t/c JS re same and re lift stay (.2) | 0.40 | $194.00 | BL |
| 50 | 11/03/2010 | SAK | Conf with Mr. Gristina re Port Authority | 0.00 | $0.00 | BL |
| 51 | 11/04/2010 | MAF | Teleconference Gillis re bar date | 0.10 | $48.50 | BL |
| 53 | 11/05/2010 | MAF | Teleconference client re info for bank | 0.10 | $48.50 | BL |
| 54 | 11/09/2010 | MAF | Drafted letter __ re info requested (.9); t/c Dario Gristina re infor for bank (2.5) | 3.40 | $1,649.00 | BL |
| 55 | 11/10/2010 | MAF | Teleconference May re cash collateral monthly | 0.20 | $97.00 | BL |
| 71 | 11/15/2010 | SAK | Review email from Mr. Gristina and proposed letter to Port Authority; conf with Mr. Gristina re same | 0.00 | $0.00 | BL |
| 56 | 11/16/2010 | MAF | Teleconference Jim Cochoran re claim (.1); draftng cash collateral reply affidavit (4.9); t/c John May re cash collaltleral hearing (.2); t/c client re same (.3) | 5.50 | $2,667.50 | BL |
| 57 | 11/17/2010 | MAF | Email client re 11/18 hearing and prep re same and revise reply re same (3.0); t/c's banka re settlement alnd Gristina realty stip (.9) | 3.90 | $1,891.50 | BL |
| 58 | 11/18/2010 | MAF | Email client re settlement with bank (.2); t/c client re projections (.3) | 0.50 | $242.50 | BL |
| 59 | 11/22/2010 | MAF | Teleconference client re settlement of cash collateral | 0.20 | $97.00 | BL |
| 60 | 11/23/2010 | MAF | Emails BP re cash collateral budget (.2); t/c client re same (.1); _ re same (.3) | 0.60 | $291.00 | BL |
| 62 | 11/29/2010 | MAF | Teleconference May re real estate stip (.1); t/c's client and clientre cash collateral stip and new budgets (.8) | 0.90 | $436.50 | BL |
| 61 | 11/30/2010 | MAF | Teleconference May r eadj (.1); t/c client re same (.1); t/c court re same and _ cash collateral extension re same (.1); t/c May re payment to bank (.2); t/c client re same (.2); email Donohue re loft stay on Gristina property (.4); t/c Donohue re same (.2); t/c client re same (.1) | 1.40 | $679.00 | BL |
| 72 | 11/30/2010 | SAK | Review various emails from Mr. Gristina re case status; review files and begin prep of complaint | 0.00 | $0.00 | BL |
| 73 | 12/01/2010 | SAK | Conf's with Mr. Gristina re case status; prepare and revise complaint | 0.00 | $0.00 | BL |

**Continued On Next Page**

# *PRE-BILL*

## Backenroth Frankel Krinsky

Client: 81923      Danilo Gristina
Matter: 921       Genergy Worldwide, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | 12/02/2010 | MAF | Reviewed P A complaint | 0.20 | $97.00 | BL |
| 74 | 12/02/2010 | SAK | Conf with Mr. Gristina re case status; prepare and revise complaint; prepare email re same | 0.00 | $0.00 | BL |
| 75 | 12/06/2010 | SAK | Prepare email to Mr. Gristina re complaint; conf to Mr. Gristina re complaint; review documentation re monies owed; prepare, revise, finalize and efile complaint; conf with client re same; conf with Mr. Frankel re same | 0.00 | $0.00 | BL |
| 76 | 12/07/2010 | SAK | Conf with Mr. Gristina re various matters; review emails from Mr. Gristina; prepare emails in reply; prepare email to Mr. Gristina re file and complaint | 0.00 | $0.00 | BL |
| 77 | 12/08/2010 | SAK | Review court summons | 0.00 | $0.00 | BL |
| 78 | 12/09/2010 | SAK | Conf's with Mr. Gristina re services to Port Authority; conf with Mr. Frankel re same; review emails re same | 0.00 | $0.00 | BL |
| 66 | 12/10/2010 | MAF | Teleconfernce Adi Habbu re cash collateral hearing | 0.10 | $48.50 | BL |
| 79 | 12/10/2010 | SAK | Email from Mr. Gristina re Port Authority case status; review document re Port Authority | 0.00 | $0.00 | BL |
| 67 | 12/13/2010 | MAF | Drafting Prepare Answer rejection motion (.5); emails bank re cash collateal stip (.5) | 1.00 | $485.00 | BL |
| 80 | 12/13/2010 | SAK | Research various issues re service of process; serve summons and complaint on Port Authority; appearance at Port Authority for service of summons of complaint; prepare mailings; prepare and efile affidavit of service; review email from Mr. Gristina re Port Authority; review email from Mr. Frankel in reply; prepare email to Mr. Gristina in reply; review contract; prepare email to Mr. Gristina in reply | 0.00 | $0.00 | BL |
| 68 | 12/14/2010 | MAF | Teleconference lender re cash collateral adj (..3); emails client re same (.2); drafting stip re same (.3) | 0.80 | $388.00 | BL |
| 81 | 12/15/2010 | SAK | Review email from Mr. Gristina re Port Authority; review document re same; review memo from Mr. Silber re MMNA | 0.00 | $0.00 | BL |
| 65 | 12/16/2010 | YE | Proof of Service | 0.50 | $62.50 | BL |
| 69 | 12/16/2010 | MAF | Drafting and filing motion to reject Prepare Answer contract | 5.00 | $2,425.00 | BL |
| 82 | 12/16/2010 | SAK | Review email from Mr. Gristina re Port Authority; conf with Mr. Frankel re motion to reject contract; review motion to reject contract; assemble documents for motion; research remedies | 0.00 | $0.00 | BL |
| 70 | 12/17/2010 | MAF | Email bank re lift stay motion (1.0); t/c bank re same (.2) | 1.20 | $582.00 | BL |
| 83 | 12/17/2010 | SAK | Review email from Mr. Frankel to Banco Popular counsel re Banco Popular; conf with Mr. Frankel re same | 0.00 | $0.00 | BL |

**Continued On Next Page**

# *PRE-BILL*

## Backenroth Frankel Krinsky

Client: 81923      Danilo Gristina
Matter: 921      Genergy Worldwide, Inc.

|  |  |  |
|---|---|---|
| **Total Hours:** | 91.40 | |
| **Billable Hours:** | 91.40 | $42,592.50 |

### Timekeeper Summary

Timekeeper MAF worked 65.00 hours at $485.00 per hour, totaling $31,525.00.
Timekeeper SAK worked 23.90 hours at $450.00 per hour, totaling $10,755.00.
Timekeeper YE worked 2.50 hours at $125.00 per hour, totaling $312.50.

## Costs

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 10/14/2010 | Westlaw Legal Research 9/15-9/21/10 | $966.76 | 10669 |
| | **Payee:** WESTLAW | | |
| 10/28/2010 | Photocopies | $84.00 | |
| 11/09/2010 | Federal Express 10/28/10 | $161.13 | 10743 |
| | **Payee:** Federal Express | | |
| 11/10/2010 | Courier Charges 10/29/10 | $7.00 | 10761 |
| | **Payee:** Corporate Courier | | |
| 11/18/2010 | Federal Express | $24.32 | 10743 |
| | **Payee:** Federal Express | | |
| 11/18/2010 | Car Service 10/13/10 | $37.42 | 10753 |
| | **Payee:** Skyline Credit Ride, Inc. | | |
| 11/18/2010 | Filing Fee 10/27/10 | $1,039.00 | 10756 |
| | **Payee:** American Express | | |
| 12/15/2010 | Car Service 10/27/10 | $37.42 | 10808 |
| | **Payee:** Skyline Credit Ride, Inc. | | |
| 12/15/2010 | Car Service 10/28/10 | $82.60 | 10808 |
| | **Payee:** Skyline Credit Ride, Inc. | | |
| | **Total Costs:** | **$2,439.65** | |

## Payment Detail

| Date | Description | Amount |
|---|---|---|
| 08/30/2010 | Transfer from IOLA | ($1,164.00) |
| 09/07/2010 | Transfer from IOLA | ($30,000.00) |
| 09/21/2010 | Transfer from IOLA | ($10,000.00) |
| 10/14/2010 | Transfer from IOLA | ($8,836.00) |
| | **Total Payments Received:** | **($50,000.00)** |

**Continued On Next Page**

# *PRE-BILL*

## Backenroth Frankel Krinsky

Client: 81923        Danilo Gristina
Matter: 921          Genergy Worldwide, Inc.

| | | |
|---|---:|---|
| **Prior Balance:** | $0.00 | |
| **Payments Received:** | ($50,000.00) | Date Of Last Payment:  10/14/2010 |
| **Current Fees:** | $42,592.50 | |
| **Sales Tax on Fees:** | $0.00 | |
| **Advanced Costs:** | $2,439.65 | |
| **Sales Tax on Costs:** | $0.00 | |
| **Administrative Cost:** | $0.00 | |
| **Late Charges:** | $0.00 | |
| **Additional Retainer Due:** | $0.00 | |
| | ———————— | |
| **CREDIT BALANCE:** | **($4,967.85)** | |

**Continued On Next Page**